

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---
### NO. PD-0763-15
---

**DONALD F. HUFF, Appellant**

**v.**

**THE STATE OF TEXAS**

---
### IN APPELLANT'S MOTION FOR BAIL PENDING APPEAL UNDER ARTICLE 44.04(h) V.A.C.C.P. FROM THE FOURTH COURT OF APPEALS BEXAR COUNTY
---

*Per curiam.* **Yeary, J., not participating.**

### O R D E R

Appellant was convicted of felony murder based on an underlying felony of driving while intoxicated. The Court of Appeals reversed the conviction and remanded the case to the trial court. *Huff v. State*, No. 04-13-00891-CR (Tex. App.–San Antonio April 8, 2015). The State filed a petition for discretionary review in this Court.

Appellant has applied to this Court under Article 44.04(h) of the Code of Criminal

Procedure, to set a reasonable bail pending final determination of the appeal.

Accordingly, bail is hereby set in the amount of $150,000.00, and it is ORDERED that the trial court order Appellant released from confinement assessed in this cause upon the posting of bail. Any sureties must be approved by the trial court.

IT IS SO ORDERED this the 14th day of December, 2015.

DO NOT PUBLISH